441 A.2d 778

Commonwealth v. Johnson, Appellant.

Submitted October 27, 1981. William Jon McCormick, for appellant; Herman Bigi, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.

441 A.2d 778

Commonwealth v. Lang, III, Appellant.

Petition for Allowance of Appeal Denied April 7, 1982.

Submitted October 28, 1981. Paulette J. Balough, Assistant Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and SHERTZ, JJ.

The judgment of sentence in the above case is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.